U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA



Division: Atlanta  By:
(USAO: 2019R00723)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton         DISTRICT COURT NO.  1:19-CR

MAGISTRATE CASE NO.

X Indictment                Information              Magistrate's Complaint
DATE: October 8, 2019       DATE:                    DATE:

UNITED STATES OF AMERICA          SUPERSEDING INDICTMENT
vs.                               Prior Case Number:
JOHN LEE                          Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes    X No
Will the defendant be arrested pending outcome of this proceeding?    Yes    X No
Is the defendant a fugitive?    Yes    X No
Has the defendant been released on bond?    Yes    X No

Will the defendant require an interpreter?    Yes    X No

District Judge:

Attorney: Nathan P. Kitchens
Defense Attorney: