# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUMMONS IN A CRIMINAL CASE |
| vs. | |
| JOHN LEE<br>188 Industrial Drive, Suite 403<br>Elmhurst, IL 60126 | CASE NO. 1:19-CR-395 |

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: | U.S. Courthouse<br>Richard B. Russell Building<br>**Room 2008**<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303-3309 |
| BEFORE: | Honorable Janet F. King<br>United States Magistrate Judge |
| DATE AND TIME: | November 21, 2019<br>9:30 a.m. |

To answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section(s) 1623 and 18 USC § 1503**

Brief description of the offense: Perjury and Obstruction of Justice

AUSA: Nathan Kitchens

Counsel for Defendant:

**PLEASE CONTACT PRETRIAL SERVICES IMMEDIATELY UPON RECEIPT OF THIS SUMMONS. OFFICE HOURS ARE FROM 8:30 AM TO 5:00 PM, MONDAY THROUGH FRIDAY. TELEPHONE (404) 215-1900.**

October 24, 2019

JAMES N. HATTEN
CLERK OF COURT

By: _Amanda Zarkowsky_
Deputy Clerk